Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
JOSEPH ROBINSON

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Defendant(s), | Case No.: 3:26-cv-02826-AGS-BJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Andrew G. Schopler |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSELF OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff JOSEPH ROBINSON (“Plaintiff”) hereby voluntarily dismisses all claims

against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, and this entire action, with prejudice.

In support of said dismissal, Plaintiff avers as follows:

On May 4, 2026, Plaintiff filed the operative Complaint (ECF 1).

As of the date of this Notice, Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, has not filed an answer nor a motion for summary judgment, nor a counterclaim.

On June 1, 2026, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendant had agreed to terms to settle Plaintiff's herein, subject to the execution of a confidential agreement (ECF 3). The Parties have since fully resolved the Matter.

WHEREAS, Plaintiff now seeks to have all claims against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, and this Entire Action, dismissed with prejudice. The parties shall each bear their own fees and costs.

Dated: June 10, 2026, By: *s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff

## PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On June 10, 2026, I served the following documents:

☒ NOTICE OF SETTLEMENT

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

On: Elliot G. Johnson – johnsoneg@ballardspahr.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 10, 2026, By: *s/ Ahren A. Tiller*

ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff